UNITED STATES of America, Plaintiff-Appellee,

v.

Lawrence Wayne MOLLAT, Defendant-Appellant.

No. 71-2359.

United States Court of Appeals, Ninth Circuit.

Oct. 14, 1971.

Taylor J. Daigneault (appeared), Daigneault, Abel & Daigneault, Torrance, Cal., for defendant-appellant.

Paul Sweeney, Asst. U. S. Atty. (appeared), Robert L. Meyer, U. S. Atty., Eric A. Nobles, Chief, Crim. Div., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS and WRIGHT, Circuit Judges, and McNICHOLS,* District Judge.

PER CURIAM:

The judgment of conviction in this marijuana transportation case is reversed. The main problem is on the knowledge of importation from Mexico. We regard the "smell" of the gasoline and the aerial map of a portion of Mexico found in the plane as just too thin to sustain a conviction here beyond a reasonable doubt.

Obviously, the defendant who transported over one-third of a ton of marijuana violated Arizona and California laws, but federal officials chose to keep the case with all of its Leary problems (Leary v. United States, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57 (1969)). We assume that neither the California nor the Arizona statute of limitations has yet run.

* The Honorable Ray McNichols, United States District Judge for the District of Idaho, sitting by designation.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, LOCAL 85, IBTCWHA, Respondent.

No. 71-1293.

United States Court of Appeals, Ninth Circuit.

Oct. 14, 1971.

Allen Feldman (argued), Elliott Moore, Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., Roy O. Hoffman, Director, Region 20, San Francisco, Cal., for petitioner.

Duane B. Beeson, of Brundage, Neyhart, Grodin & Beeson, San Francisco, Cal., for respondent.

Before CHAMBERS and WRIGHT, Circuit Judges, and McNICHOLS,** District Judge.

PER CURIAM:

The proposed order of the Board will be enforced.

The decision of the Board is presently found at 186 NLRB No. 72.

The question here is whether the proposed order is overbroad. We find a propensity for secondary boycotts often accompanied by violence is well documented by the record and by incidents of which the Board and a court may properly take judicial notice. See, for example, Hoffman v. Local 85, 74 LRRM 2225.

** The Honorable Ray McNichols, United States District Judge for the District of Idaho, sitting by designation.